# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JODI DEMONTE, on behalf of herself and others similarly situated, and MARK DEMONTE,

Plaintiff(s),

v.

APPLE INC., and APPLECARE SERVICE COMPANY, INC.,

Defendant(s).

Case No. 23 CV 1133
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt.

Date: 1/27/2025                                      Thomas G. Bruton, Clerk of Court

                                                    G. Lewis , Deputy Clerk